# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN DELEON MANNING, AN
INDIVIDUAL,

          Appellant,

vs.

THE STATE OF NEVADA; SANDRA K.
DIGIACOMO, OFFICIAL CAPACITY;
SANDRA K. DIGIACOMO,
INDIVIDUAL CAPACITY; STEVEN S.
OWENS, OFFICIAL CAPACITY; AND
STEVEN B. WOLFSON, OFFICIAL
CAPACITY,

          Respondents.

No. 77133

FILED

MAR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The district court's order dismisses the complaint as to Sandra K. Digiacomo, Steven S. Owens, and Steven B. Wolfson. Appellant's claims against the State of Nevada have not been resolved.

Accordingly, this court lacks jurisdiction, and ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:     Hon. David M. Jones, District Judge
        Juan Deleon Manning
        Clark County District Attorney/Civil Division
        Eighth District Court Clerk